IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**K & M GRAVEL, LLC**                                                                                       **PLAINTIFF**

vs.                                                          **CIVIL ACTION NO.: 3:17cv407 CWR-LRA**

**KEESTRACK AMERICA and**
**SCREEN USA, INC.**                                                                                 **DEFENDANTS**

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to the provisions of Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, the Plaintiff files this its Notice of Dismissal without prejudice as to the remaining Defendant, Keestrack America.

This the 30th day of June, 2017.

                                                    K & M GRAVEL, LLC

                                                  BY:   /s/  Crymes M. Pittman
                                                           CRYMES M. PITTMAN

OF COUNSEL:

CRYMES M. PITTMAN, MSB #99225
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
Post Office Box 22985
Jackson, MS 39225-2985
Telephone: 601-948-6200
Facsimile: 601-948-6187
Email: cmp@pgrwlaw.com

RAYMOND P. TULLOS, MSB #103745
TULLOS AND TULLOS
Post Office Box 74
Raleigh, MS 39153-0074
Telephone:  601-782-4242
Facsimile: 601-782-4212
Email: raymondtullos@tullosandtullos.com